

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00315-CR

JILLIAN VESTAL, Appellant

§ On Appeal from the 271st District Court

§ of Wise County (CR-23646)

V.

§ October 24, 2025

§ Substitute Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS

§ (nfp)

## SUBSTITUTE JUDGMENT

On the court's own motion, we withdraw our October 23, 2025 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth